# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### OCTOBER 18, 2006

| The Floor Shop | vs | Maryland Casualty | No. | 06CV1393-BEN(AJB) |

Hon. Anthony J. Battaglia    Deputy Clerk    Y. Madueno

It is hereby ordered that Magistrate Judge Anthony J. Battaglia hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to:   Cathy Ann Bencivengo

New Case #:   06CV1393-BEN(CAB)

**Please forward judge's court file to new assigned judge.**