UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLOOR SHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY, a Maryland Corporation; and NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Defendants. | Civil No.   06-CV-1393 BEN (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for Plaintiff contacted the Court on December 5, 2006, and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **January 11, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Roger T. Benitez, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before January 11, 2007, then a Settlement Disposition Conference shall be

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

held on **January 12, 2007**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before January 11, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

4. The Early Neutral Evaluation set for December 8, 2006 is VACATED.

DATED: December 5, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge