1  Gary W. Osborne (Bar No. 145734)
   Dominic S. Nesbitt (Bar No. 146590)
2  OSBORNE & NESBITT LLP
   501 West Broadway, Suite 1760
3  San Diego, California 92101
   Phone: (619) 557-0343
4  Fax: (619) 557-0107
   E-mail: gosborne@onlawllp.com
5          dnesbitt@onlawllp.com

6  Attorneys for Plaintiff THE FLOOR SHOP, INC.,
   a Nevada corporation

FILED
07 FEB -7 PM 1:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLOOR SHOP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY, a Maryland corporation; and NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Defendants. | CASE NO. 06-CV-1393-BEN (AJB)<br><br>I/C JUDGE: Hon. Roger T. Benitez<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)]; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that NORTHERN INSURANCE COMPANY OF NEW YORK, defendant in the above-captioned action, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: Jan. 11th, 2007        OSBORNE & NESBITT LLP

                              By: _____
                                  Dominic S. Nesbitt
                                  Attorneys for Plaintiff THE FLOOR SHOP, INC.,
                                  a Nevada corporation

---
1                                                    06-CV-1393-BEN (AJB)

| | | |
|---|---|---|
| 1 | DATED: January 12, 2007 | BISHOP, BARRY, HOWE, HANEY & RYDER |
| 2 | | |
| 3 | | By: _Dennis Gildea_ |
| 4 | | Dennis Gildea |
| 5 | | Attorneys for Defendant NORTHERN INSURANCE COMPANY OF NEW YORK |

**ORDER**

IT IS SO ORDERED.

DATED: 2/06/07

_____
THE HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE